UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-80390-WPD

BENNY BARMAPOV,

    Plaintiff,
v.

GUY AMUIAL, *et al.*,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO STAY ENFORCEMENT OF ATTORNEYS' FEE AWARDS PENDING FINAL RESOLUTION OF CASE

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Stay Enforcement of Attorneys' Fee Awards Pending Final Resolution of Case, filed on December 11, 2019. [DE 222] (the "Motion"). The Court has carefully considered the Motion, and is otherwise fully advised in the premises. As of the date of this Order, no responses have been filed by Defendants and the deadline for such filings has passed. *See* S.D. Fla. L.R. 1(c). The Court finds good cause to grant the Motion.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 222] is **GRANTED**.

2. Conditioned upon the deposit by Barmapov in the Court's Registry of an aggregate amount of $55,886.67, the enforcement of the Court's Omnibus Order Adopting and Approving Reports and Recommendations of Magistrate Judge; Granting in Part and Denying in Part Motions for Attorneys' Fees [DE 221] is stayed pending the final resolution of this case, including all appeals.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 27th day of December.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record