UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-80390-WPD

BENNY BARMAPOV,

    Plaintiff,

v.

GUY AMUIAL, *et al.*,

    Defendants.
_____/

## ORDER DENYING MOTIONS WITHOUT PREJUDICE

THIS CAUSE is before the Court upon the Motions for Disbursement of Registry Funds [DE's 230, 231] ("Motion"), filed herein on March 7, 2021. The Court has carefully considered the Motions and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motions [DE's 230, 231] are hereby **DENIED WITHOUT PREJUDICE** to file a motion that complies with the requirements of S.D. Fla. L.R. 7.1.A.3., which requires the moving party to certify that he has conferred, or describes a reasonable effort to confer, with all parties who may be affected in a good faith effort to resolve by agreement the issues to be raised in the motion.

2. Thomas Dougherty has not filed a notice of appearance in the record as counsel for Defendants Avrham Amuial, Guy Amuial, Yossi Amuial, Checkered Flag Automotive, LLC, G.L. Cars, Inc., North Palm Hauling, LLC, RBA Auto Finance, LLC, Orna Sastiel, and Reuben Sastiel. Therefore, he is not permitted to file motions in the docket on their behalf.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of March, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record