UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

BENNY BARMAPOV,                                            CASE NO. 9:18-cv-80390-WPD

    Plaintiff,

vs.

GUY AMUAIL, et al,

    Defendants.
_____/

### DEFENDANTS' AMENDED JOINT MOTION FOR ENTRY OF JUDGMENT

Defendants defendants John Obeid, Palm Beach Auto Wholesale LLC, R & R Development GP, LLC, R & R North Lake Development, LLLP, Terry Rafih and Florida Automotive, Inc., Somo Financial Services, Inc., Ariad Sommer, Roberto Habaue, Avrham Amuial, Guy Amuial, Yossi Amuial, Checkered Flag Automotive, LLC, G.L. Cars, Inc., North Palm Hauling, LLC, RBA Auto Finance LLC, Orna Sastiel, and Reuben Sastiel (collectively, "Defendants"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 58(b) & (d), hereby file this Joint Motion for Entry of Judgment for Fees and Costs, and in support thereof state as follows:

On December 10, 2019, the Court entered an "*Omnibus Order Adopting and Approving Reports and Recommendations of Magistrate Judge; Granting in Part and Denying in Part Motions for Attorney's Fees*" [D.E. 221; 215] in which (i) defendants John Obeid, Palm Beach Auto Wholesale LLC, R & R Development GP, LLC, R & R North Lake Development, LLLP, Terry Rafih and Florida Automotive, Inc. were awarded attorneys' fees in the amount of **$19,865.50**, plus statutory interest; (ii) defendants Somo Financial Services, Inc., Ariad Sommer and Roberto Habaue were awarded prevailing party attorney's fees in the amount of **$14,669.75**,

plus statutory interest and (iii) defendants Avrham Amuial, Guy Amuial, Yossi Amuial, Checkered Flag Automotive, LLC, G.L. Cars, Inc., North Palm Hauling, LLC, RBA Auto Finance LLC, Orna Sastiel, and Reuben Sastiel are hereby awarded attorneys' fees in the amount of **$19,650.00**, plus statutory interest, in each instance to be paid by plaintiff BENNY BARMAPOV; and (B) an "*Order Approving Reports and Recommendation of Magistrate Judge; Overruling Objections; Granting in Part and Denying in Part Defendant Dougherty's Verified Motion for Attorney's Fees*" [D.E. 228; 225] in which defendant Dougherty was awarded prevailing party attorney's fees in the amount of **$22,050.00**, plus statutory interest, in each instance to be paid by plaintiff, BENNY BARMAPOV.

On December 30, 2019, the Court entered an "*Order Granting Plaintiff's Motion to Stay Enforcement of Attorneys' Fee Awards Pending Final Resolution of Case*," pursuant to which Defendants' enforcement of the award of attorney's fees was stayed pending resolution of BARMAPOV's appeal [D.E. 189] from this Court's order dismissing the second amended complaint [D.E. 188].

On January 13, 2020, BARMAPOV mailed to the Clerk of Court a check in the amount of $55,886.67 for deposit into the Court Registry, pursuant to the *Order Granting Plaintiff's Motion to Stay Enforcement of Attorneys' Fee Awards Pending Final Resolution of Case.* [D.E. 224]

Based upon the appearance that BARMAPOV had complied with the conditions precedent to the stay of enforcement of the order awarding attorney's fees to the Defendants, no further efforts were taken to pursue enforcement.

On February 3, 2021, the Eleventh Circuit Court of Appeals entered a decision affirming this Court's decision to dismiss the second amended complaint with prejudice and a Mandate was issued on March 4, 2021 [D.E. 229].

On March 7, 2021, only after defendants Somo Financial Services, Inc., Ariad Sommer, Roberto Habaue filed a Motion for Order of Disbursement of Registry Funds [D.E. 230] were Defendants advised by BARMAPOV that the Clerk of Court had refused BARMAPOV's personal check. BARMAPOV never advised Defendants that the deposit [D.E. 224] had been rejected and made no further effort to deposit the funds into the Court Registry or comply with the conditions precedent to the stay of enforcement of the order awarding attorney's fees to the Defendants.

Accordingly, insofar as there are no funds on deposit in the Court Registry from which Defendants can seek enforcement of the award of attorney's fees, and the appeal has been resolved in favor of Defendants, it is respectfully requested that the Court enter a Final Judgment for Attorneys' Fees and Costs in the amounts set forth above. A proposed form of Final Judgment is attached.

WHEREFORE, defendants John Obeid, Palm Beach Auto Wholesale LLC, R & R Development GP, LLC, R & R North Lake Development, LLLP, Terry Rafih and Florida Automotive, Inc., Somo Financial Services, Inc., Ariad Sommer, Roberto Habaue, Avrham Amuial, Guy Amuial, Yossi Amuial, Checkered Flag Automotive, LLC, G.L. Cars, Inc., North Palm Hauling, LLC, RBA Auto Finance LLC, Orna Sastiel, and Reuben Sastiel respectfully request that the Count enter a Final Judgment for Attorneys' Fees and Costs, and such other and further relief as the Court deems just and proper.

## LOCAL RULE CERTIFICATION OF COMPLIANCE

On April 21, 2021, April 22, 2021 and April 23, 2021, the undersigned attempted to confer with counsel for Plaintiff in a good faith to effort to o resolve by agreement the issues raised in the motion to determine if counsel would agree on the form of the proposed final judgment but was unable to obtain any comment.

Dated: April 27, 2021

                                        Respectfully submitted,

**KEITH D. SILVERSTEIN, P. A.**
1111 Brickell Avenue, Suite 1550
Miami, Florida 33131
Telephone: (305) 868-0200
Facsimile: (305) 868-1045
keith@silversteinpa.com

By:  Keith D. Silverstein .
  Keith D. Silverstein, Esq.
  Florida Bar No. 086820
  *Attorney for Defendants Ariad*
  *Sommer, Roberto Habaue, and*
  *SOMO Financial Services, Inc*

Gary Allan Isaacs, Esq.
712 U.S. Highway One, Suite 400
North Palm Beach, FL 33408-7146
Email: gaisaacs@bellsouth.net
*Counsel for Defendants John Obeid,*
*Terry Rafih, Palm Beach Auto*
*Wholesale LLC, Rafih Florida*
*Automotive, Inc., R & R North Lake*
*Development, LLLP, and*
*R & R Development GP, LLC.*

Thomas Dougherty
PO Box 30056
Palm Beach Gardens, FL 33420
561-842-9707
*Pro Se Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic mail notification system, via U.S. First Class Mail, postage prepaid, on this 27th day of April, 2021, upon all parties as set forth on the attached service list and in the manner set forth thereunder.

Keith D. Silvestein  
Keith D. Silverstein, Esq.  
Florida Bar No. 086820

## CM/ECF SERVICE LIST

Andrew Lynch Cole, Esq.
Scott J. Topolski, Esq.
Cole Schotz P.C.
2255 Glades Road, Suite 142W
Boca Raton, Florida 33431
ACole@coleschotz.com
*Attorney for Plaintiff*

Gary Allan Isaacs, Esq.
712 U.S. Highway One, Suite 400
North Palm Beach, FL 33408-7146
Email: gaisaacs@bellsouth.net
*Counsel for Defendants John Obeid, Terry Rafih, Palm Beach Auto Wholesale LLC, Rafih Florida Automotive, Inc., R & R North Lake Development, LLLP, and R & R Development GP, LLC*

Thomas Dougherty
PO Box 30056
Palm Beach Gardens, FL 33420
561-842-9707
*Pro Se Defendant*

James Andrew Bertron, Jr., Esq.
Nelson Mullins Riley & Scarborough LLP
Florida Bar No. 0982849
3600 Maclay Blvd. S., Suite 202
Tallahassee, FL 32312
Email: andy.bertron@nelsonmullins.com
*Counsel for Mitsubishi Motors North America, Inc.*

Gary A. Woodfield
Haile, Shaw & Pfaffenberger, P.A.
660 U.S. Highway One, Third Floor
North Palm Beach, FL 33408
gwoodfield@haileshaw.com
*Attorney for Defendants William Reichel and Reichel Realty & Investments, Inc.*

Keith D. Silverstein, P.A. ● 1111 Brickell Avenue, Suite 1550 ● Miami, Florida 33131
(T) (305) 868-0200 ● (F) (305) 868-1045