UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-80390-WPD

BENNY BARMAPOV,

    Plaintiff,

v.

GUY AMUIAL, *et al.*,

    Defendants.

_____/

**FINAL JUDGMENT FOR ATTORNEYS' FEES AND COSTS**

THIS CAUSE is before the Court upon following (A) an *"Omnibus Order Adopting and Approving Reports and Recommendations of Magistrate Judge; Granting in Part and Denying in Part Motions for Attorney's Fees"* [DE 221; 215] in which (i) defendants John Obeid, Palm Beach Auto Wholesale LLC, R & R Development GP, LLC, R & R North Lake Development, LLLP, Terry Rafih and Florida Automotive, Inc. were awarded attorneys' fees in the amount of $19,865.50, plus statutory interest; (ii) defendants Somo Financial Services, Inc., Ariad Sommer and Roberto Habaue were awarded prevailing party attorney's fees in the amount of $14,669.75, plus statutory interest and (iii) defendants Avrham Amuial, Guy Amuial, Yossi Amuial, Checkered Flag Automotive, LLC, G.L. Cars, Inc., North Palm Hauling, LLC, RBA Auto Finance LLC, Orna Sastiel, and Reuben Sastiel were awarded attorneys' fees in the amount of $19,650.00, plus statutory interest, in each instance to be paid by plaintiff BENNY BARMAPOV; and (B) an *"Order Approving Reports and Recommendation of Magistrate Judge; Overruling Objections; Granting in Part and Denying in Part Defendant Dougherty's Verified Motion for Attorney's Fees"* [DE 228; 225] in which defendant Dougherty was awarded

prevailing party attorney's fees in the amount of $22,050.00, plus statutory interest, in each instance to be paid by plaintiff, BENNY BARMAPOV.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Amended Joint Motion for Entry of Judgment [DE 234] is hereby **GRANTED**[1];

2. Judgment is hereby entered in favor of (i) defendants John Obeid, Palm Beach Auto Wholesale LLC, R & R Development GP, LLC, R & R North Lake Development, LLLP, Terry Rafih and Florida Automotive, Inc. in the amount of $19,865.50, plus statutory interest; (ii) defendants Somo Financial Services, Inc., Ariad Sommer and Roberto Habaue in the amount of $14,669.75, plus statutory interest (iii) defendants Avrham Amuial, Guy Amuial, Yossi Amuial, Checkered Flag Automotive, LLC, G.L. Cars, Inc., North Palm Hauling, LLC, RBA Auto Finance LLC, Orna Sastiel, and Reuben Sastiel in the amount of $19,650.00, plus statutory interest, and (iv) defendant Thomas Dougherty in the amount of $22,050.00, plus statutory interest, and in each instance against plaintiff Benny Barmapov, for which let execution issue forthwith.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of April, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] The Court notes that due to Plaintiff's failure to comply with the Order Granting Plaintiff's Motion to Stay Enforcement of Attorneys' Fee Awards Pending Final Resolution of Case, *see* [DE 223], due to Plaintiff's personal check not being accepted into the Court's Registry, the enforcement of the attorneys' fee awards was not stayed and there is no reason to delay in entering this Final Judgment.

Copies furnished to:
Counsel of record