**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION**

**CASE NO.:  9:18-cv-80390-WPD**

BENNY BARMAPOV,

     Plaintiff,

vs.

GUY AMUIAL *et al.*

     Defendants.

_____/

**REQUEST FOR STATUS CONFERENCE REGARDING
STATUS OF PAYMENT OF FEE AWARDS**

Plaintiff Benny Barmapov ("Barmapov"), his attorney Andrew L. Cole, respectfully request a brief (5 minute) telephonic status conference with Magistrate Judge William Matthewman regarding the status of payment of the judgments entered with respect to fees awarded in this case.

                                      **COLE SCHOTZ P.C.**
                                      Attorneys for Plaintiff
                                      2255 Glades Road, Suite 142W
                                      Boca Raton, Florida 33431
                                      Telephone:    561-221-6700
                                        Facsimile:    561-423-0494

                                      By: *Andrew L. Cole*_____
                                      Scott John Topolski
                                      Florida Bar No. 0006394
                                      stopolski@coleschotz.com
                                      Andrew L. Cole
                                      Florida Bar No 0187496
                                      acole@coleschotz.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY**, that on this 8th day of July, 2021, the foregoing document was served electronically *via* email upon Plaintiff, and *via* the Court's CM/ECF System upon all registered users who have entered an appearance in this action, including:

Keith David Silverstein, Esq.
Keith D. Silverstein, P.A.
1177 Kane Concourse, Suite 230
Bay Harbor Islands, FL 33154
Email: keith.silverstein@gmail.com

*Counsel for Ariad Sommer, Roberto Habaue, and SOMO Financial Services, Inc., Guy Amuial, Yossi Amuial, Avrham Amuial Reuben Sastiel, Orna Sastiel, G.L. Cars, Inc., Checkered Flag Automotive, LLC, RBA Auto Finance LLC, and North Palm Hauling, LLC*

Gary Allan Isaacs, Esq.
712 U.S. Highway One, Suite 400
North Palm Beach, FL 33408-7146
Email: gaisaacs@bellsouth.net

*Counsel for Defendants John Obeid, Terry Rafih, Palm Beach Auto Wholesale LLC, Rafih Florida Automotive, Inc., R & R North Lake Development, LLLP, and R & R Development GP, LLC*

Thomas Hugh Dougherty
Thomas H Dougherty PA
712 US Highway One
Suite 210-5
North Palm Beach, FL 33408
Email: thdlaw@bellsouth.net

*Defendant Pro Se*

/s/ Andrew L. Cole
Andrew Lynch Cole

59408/0001-40970522v1
59408/0001-41102320v1